**Salih Haluk ERBEN, Plaintiff–Appellant,**

v.

**RAYMOND JAMES EUROPEAN HOLDINGS, INC., Raymond James International Holdings, Inc., Raymond James Financial, Inc., Defendants–Appellees.**

**No. 13–13242.**

United States Court of Appeals, Eleventh Circuit.

July 16, 2014.

Robert Paul Johnson, Thompson Hine, LLP, Cincinnati, OH, Jenay E. Iurato,

Kevin M. Iurato, Iurato Law Firm, PL, Tampa, FL, for Plaintiff–Appellant.

Joseph C. Coates, III, Bradford D. Kaufman, Lauren R. Whetstone, Greenberg Traurig, PA, West Palm Beach, FL, Gregory William Kehoe, Greenberg Traurig, LLP, Tampa, FL, Julissa Rodriguez, Greenberg Traurig, LLP, Miami, FL, for Defendants–Appellees.

Before WILSON, PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Salih Haluk Erben appeals the summary judgment in favor of the defendants, Raymond James European Holdings, Inc., Raymond James International Holdings, Inc., and Raymond James Financial, Inc., on the claim of negligent supervision and appeals the judgment as a matter of law in favor of the defendants on the claim of breach of contract under an alter ego theory of liability. After oral argument, careful review of the record, and thorough consideration of the briefs, we conclude that the district court committed no reversible error. We affirm.